# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ERNESTO OSUNA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GRIFFITH COMPANY, GREG CABLE, and DOES 1 through 15<br><br>　　　　　Defendants, | CASE NO.: CV15-07680 JAK(GJSX)<br><br>Assigned to Hon. John A. Kronstadt<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND MATTER TO LOS ANGELES SUPERIOR COURT**<br>**JS-6**<br><br>Complaint Filed: July 2, 2015<br>Trial Date:　　None Set |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Carlos Ernesto Osuna ("Plaintiff") and Defendants Griffith Company and Greg Cable (collectively "Defendants"), through their respective counsel, as follows:

　　Whereas; this matter was previously filed on July 2, 2015, by Plaintiff, in the superior court for the State of California, in the county of Los Angeles, Superior Court Case No. BC586953;

　　Whereas; on September 29, 2015, Defendant Griffith Company filed and served its answer to Plaintiff's complaint;

Whereas; on September 30, 2015 Defendant Griffith Company sought and obtained thereafter the removal of this case to this court on the grounds that Defendant Griffith Company alleged the complaint presented a federal question;

Whereas; on October 30, 2015, Plaintiff filed a motion to remand this matter back to State court, arguing there was no federal question presented by way of this complaint that would result in this court having subject matter jurisdiction sufficient to support the removal;

Whereas; on November 6, 2015, Defendant Greg Cable filed and served his answer to Plaintiff's complaint;

Whereas; the parties' counsel met and conferred, have considered each other's arguments and the applicable law and wish to avoid unnecessary costs and fees;

Whereas; Plaintiff has agreed in consideration for the parties entering into this stipulation not to seek to recover fees or costs incurred for the preparation and filing of the motion to remand;

Whereas; the parties are agreeable to the matter being remanded at this time.

It is therefore stipulated, and agreed by these parties that this court may issue an order, remanding this matter back to the State court for all further proceedings; and

It is further stipulated that all parties shall bear their own costs and fees associated with this motion to remand.

Based on the Stipulation entered into by the parties:

**IT IS HEREBY ORDERED** that the Stipulation is GRANTED and the case is remanded to the Los Angeles Superior Court, Case No. BC586953.

Dated: December 8, 2015  _____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE